**United States District Court Violation Notice**

CVB Location Code: CA 76

Violation Number: P 0613356
Officer Name (Print): McChener
Officer No.: 436

P 0613356

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7/11/06 @ 0042
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.23(a)(1)

Place of Offense: Housekeeping Camp

Offense Description: DUI

**DEFENDANT INFORMATION**
Phone: (510) 522-4442
Last Name: Walsh
First Name: Zackary
M.I.: R.
Street Address: [illegible]
City: Alameda
State: CA
Zip Code: 94502
Date of Birth: [illegible]

Drivers License No.: B9696100
D.L. State: CA
Social Security No.: [illegible]

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BLN   Eyes: GRN   Height: 5-11   Weight: 155

**VEHICLE DESCRIPTION**   VIN:
Tag No.: 7A90745
State: CA
Year: '03
Make/Model: Dodge Truck
Color: Grey

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

---

CITATION # P0613356

STATEMENT OF PROBABLE CAUSE

I state that on July 11, 2006 while exercising my duties as a law enforcement officer in the Eastern district of CA. I observed an individual, later identified as Zackary R. Walsh, sleeping in the drivers seat of a gray Dodge Truck, California License Plate 7A90745, in the Housekeeping parking lot. I contacted WALSH about Camping in an undesignated site. The keys to the vehicle were in the ignition and the windshield wipers were activated. When WALSH stepped out of the vehicle I could smell a strong odor of alcohol emanating from his breath and body. WALSH completed the Standardized Field Sobriety Tests, but showed signs of impairment on each test. WALSH submitted to a Preliminary Alcohol Screening Test (PAS Serial #006309), which showed a Blood Alcohol Content of .257.

The foregoing statement is based upon:

☒ my personal observation
☒ my personal investigation
___ info supplied me by my fellow officer's
___ other (see explanation above)

I declare under penalty of perjury that the information that I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

7/11/06                    [signature]
Date                       Officer's signature

**United States District Court Violation Notice**

CVB Location Code: CA76

Violation Number: P 0613357
Officer Name (Print): Michener
Officer No.: 436

P0613357

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7/11/06 @ 0042
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.23(a)(2)

Place of Offense: Housekeeping Camp

Offense Description: DUI >.08

**DEFENDANT INFORMATION**
Phone: (510) 522-4442
Last Name: Walsh
First Name: Zackary
M.I.: R.
Street Address: [illegible]
City: Alameda
State: CA
Zip Code: 94502
Date of Birth: [illegible]
Drivers License No.: B9696100
D.L. State: CA
Social Security: [illegible]
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BLN   Eyes: GRN   Height: 5'11   Weight: 155

**VEHICLE DESCRIPTION** VIN:
Tag No.: 7A90745
State: CA
Year: '03
Make/Model: Dodge Truck
Color: Gray

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

---

CITATION # P0613357

STATEMENT OF PROBABLE CAUSE

I state that on July 11, 2006 while exercising my duties as a law enforcement officer in the Eastern district of CA. I observed an individual, later identified as Zackary R. Walsh, sleeping in the drivers seat of a gray Dodge Truck, California License Plate 7A90745, in the Housekeeping parking lot. I contacted WALSH about Camping in an undesignated site. The keys to the vehicle were in the ignition and the windshield wipers were activated. When WALSH stepped out of the vehicle I could smell a strong odor of alcohol emanating from his breath and body. WALSH completed the Standardized Field Sobriety Tests, but showed signs of impairment on each test. WALSH submitted to a Preliminary Alcohol Screening Test (PAS Serial #006309), which showed a Blood Alcohol Content of .257.

The foregoing statement is based upon:

X my personal observation
X my personal investigation
___ info supplied me by my fellow officer's
___ other (see explanation above)

I declare under penalty of perjury that the information that I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

7/11/06    [signature]
Date        Officer's signature